UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20708-CIV-ALTONAGA/Goodman

WINDY LUCIUS,

    Plaintiff,

v.

STEVEN MADDEN, LTD.,

    Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Windy Lucius and Defendant Steven Madden, Ltd. hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

    Dated: June 1, 2020

| | |
|---|---|
| *s/ J. Courtney Cunningham* | *s/ Paul De Boe* |
| J. Courtney Cunningham, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 628166 | Florida Bar No. 52051 |
| cc@cunninghampllc.com | paul.deboe@ogletreedeakins.com |
| J. COURTNEY CUNNUNGHAM, PLLC | Ogletree, Deakins, Nash, Smoak, et al. |
| 8950 SW 74th Court, Suite 2201 | 9130 South Dadeland Boulevard |
| Miami, FL 33156 | Suite 1625 |
| Telephone: 305.351.2014 | Miami, Florida 33156 |
| Facsimile: 561.491.9459 | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

42567208.1